THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Rodney Tremaine
 Hinton, Appellant.
 
 
 

Appeal From York County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2008-UP-445
 Submitted August 1, 2008  Filed August 6,
 2008    

APPEAL DISMISSED

 
 
 
 Appellate
 Defender Robert M. Pachak, of Columbia, for Appellant.
 Deputy Director for Legal Services Teresa A. Knox, Tommy Evans,
 Jr., and J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Rodney Tremaine Hinton was convicted of distribution
 of crack cocaine.  Hintons participation in a community supervision program
 was terminated for (1) failure to follow his supervising agents instructions
 and advice, (2) failure to abide by the conditions of the electronic monitoring
 program by leaving his residence without permission on four occasions, (3)
 failure to maintain stable employment, and (4) failure to pay supervision fees
 as ordered.  Hinton appeals, arguing the circuit court erred in revoking his
 community supervision without the benefit of a preliminary hearing.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss[1] Hintons appeal and grant counsels petition to be relieved.  
APPEAL
 DISMISSED.
KONDUROS,
 J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.